**Tabetha A. Martinez, Esq.**
**Nevada State Bar No. 14237**
**Ashlie L. Surur, Esq.**
**Nevada State Bar No. 11290**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
asurur@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

BURGER, MEYER & D' ANGELO, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD CASTILLO, individually;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., d/b/a WALMART; DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02386-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 22] |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, RICHARD CASTILLO and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE defendants.

///

///

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 30th Day of October 2026

**DE CASTROVERDE LAW GROUP**

By: */s/ Millie Mummery*
Alex J. De Castroverde, Esq. Bar No. 6950
Orlando De Castroverde, Esq. Bar No. 7320
Millie Mummery, Esq. Bar No. 16594
*Attorneys for Plaintiff Richard Castillo*

Dated this 30th Day of October 2026

**BURGER, MEYER & D'ANGELO, LLP**

Tabetha A. Martinez, Esq.
Ashlie L. Surur, Esq.
*Attorneys for Defendant*
*WALMART, INC.*

## ORDER

Based on the parties' stipulation [ECF No. 22] and with good cause appearing, IT IS HEREBY ORDERED that t**his case is dismissed with prejudice**, with each party to bear its own costs and fees. T**he Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
November 3, 2026

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

Tabetha A. Martinez, Esq.
Ashlie L. Surur, Esq.
*Attorneys for Defendant*
*WALMART, INC.*